UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

**CRIMINAL ACTION NO. 05-38-JBC**

**UNITED STATES OF AMERICA,**                                                        **PLAINTIFF,**

**V.**                                  **ORDER**

**GARY LINSEY SLATER,**                                          **DEFENDANT.**

\* \* \* \* \* \* \* \* \* \*

     This matter is before the court on Magistrate Judge Hanly A. Ingram's report and recommendation for disposition of Gary Linser Slater's motion under 28 U.S.C. § 2255 to vacate and set aside his sentence (R. 203). Neither party has filed objections. Having reviewed the report and recommendation and the record, the court **ORDERS** as follows:

     (1) Judge Ingram's report and recommendation (R. 217) are **ADOPTED** as the opinion of the court.

     (2) Slater's motion to vacate (R. 203) is **DENIED**.

     (3) A certificate of appealability is **DENIED** because no reasonable jurist would find the district court's assessment of the constitutional claims debatable or wrong.

     (4) This matter shall be **CLOSED** and **STRICKEN** from the active docket.

     A separate judgment will issue.

Signed on February 7, 2012

*Jennifer B. Coffman*
JENNIFER B. COFFMAN, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY